# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Bosco Constructors, Inc. ) ASBCA Nos. 59166, 59193
)
Under Contract Nos. W9128F-10-C-0016 )
W9128F-10-C-0017 )

APPEARANCES FOR THE APPELLANT: James F. Nagle, Esq.
Howard W. Roth, III, Esq.
Alix K. Town, Esq.
  Oles Morrison Rinker & Baker LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James M. Pakiz, Esq.
Melissa M. Head, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The parties settled these appeals as a result of Board-assisted mediation. Accordingly, the appeals are dismissed, with prejudice.

Dated: 28 May 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59166, 59193, Appeals of Bosco Constructors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals